160-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
P.T. BERLIAN LAJU TANKER TBK
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

08 CV 03471

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
P.T. BERLIAN LAJU TANKER TBK,                    08 CV

                            Plaintiff,                    **RULE 7.1 STATEMENT**

   -against-

RINEX NAFTA LIMITED,

                           Defendant.
-------------------------------------------------------------x

      The Plaintiff, P.T. BERLIAN LAJU TANKER TBK, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 9, 2008                 FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for Plaintiff
                                          P.T. BERLIAN LAJU TANKER TBK

                 By:    _____
                             Michael E. Unger (MU 0045)
                             80 Pine Street
                             New York, NY 10005
                             Telephone: (212) 425-1900

NYDOCS1/302345.1