UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| P.T. Berlian Laju Tanker TBK,<br>                      Plaintiffs,<br><br>-V-<br><br>Rinex Nafta Limited,<br>                      Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>08cv3471(SHS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**11th day of August, 2008**

I served the

Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

**9th day of April, 2008**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:


**8631 6585 1801**

                                                                                                   *[signature]*
                                                                                                   CLERK

Dated: New York, NY

# FedEx International Air Waybill

**From**

Date: [blank]

Sender's FedEx Account Number: 1079-3188-0

Sender's Name: Ian Cashut  Phone: 212 425-1900

Company: FREEHILL HOGAN & MAHAR

Address: 80 PINE ST FL 24

City: NEW YORK  State/Province: NY  ZIP/Postal Code: 10005

Country: US

**2 To**

Recipient's Name: [blank]  Phone: [blank]

Company: RUIEX NAFTA LIMITED

Address: The Lake Building, Suite 20

Address: Wickams Cay 1, Road Town

City: Tortola  State/Province: [blank]  ZIP/Postal Code: [blank]

Country: British Virgin Is.

**3 Shipment Information**

Commodity Description: [signature]

**4 Express Package Service**
- 1 ☒ FedEx Intl. Priority
- 6 ☐ FedEx Intl. First
- 3 ☐ FedEx Intl. Economy

**5 Packaging**
- 6 ☒ FedEx Envelope
- 2 ☐ FedEx Pak
- 3 ☐ FedEx Box
- 4 ☐ FedEx Tube
- 1 ☐ Other
- PW ☐ FedEx 10kg Box
- PX ☐ FedEx 25kg Box

**6 Special Handling**
- 1 ☐ HOLD at FedEx Location
- 3 ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
- 1 ☒ Sender
- 2 ☐ Recipient
- 3 ☐ Third Party
- 4 ☐ Credit Card
- 5 ☐ Cash/Check/Cheque

**7b Payment** Bill duties and taxes to:
- 1 ☒ Sender
- 2 ☐ Recipient
- 3 ☐ Third Party

**9 Required Signature** [signature]

FedEx Tracking Number: 8631 6585 1801

Form ID No.: 0402

PART 158405  Rev. Date 4/06